EXHIBIT B

**American Safety Indemnity Company**
100 Galleria Parkway S.E., Suite 700 Atlanta, GA 30339
t. 800.388.3647  p. 770.916.1908  f. 770.955.8339
Solutions for Specialty Risks.



# POLICY DECLARATIONS
## COMMERCIAL GENERAL LIABILITY (OCCURRENCE)
### POLICY NUMBER: ESL1000260-1101
### RENEWAL OF POLICY: New

*Named Insured & Mailing Address:*
California Public Employees Retirement System (CalPERS)
Lincoln Plaza East, 400 Q Street, Room E4800
Sacramento, CA 95814

*Broker Name & Mailing Address:*
Worldwide Facilities, Inc.
725 S. Figueroa St. Suite 1900
Los Angeles, CA 90017

Form of Business:  Corporation

Policy Period: From  09/30/11  to  09/30/16 at 12:01 A.M. Standard Time at your mailing address shown above.

| RETROACTIVE DATE | |
|---|---|
| Employee Benefits Liability | 09/30/2008 |

| LIMITS OF INSURANCE | |
|---|---|
| General Aggregate | $5,000,000 |
| Each Occurrence | $5,000,000 |
| Products-Completed Operations Aggregate | $5,000,000 |
| Personal and Advertising Injury | $5,000,000 |
| Damage to Premises Rented to You | $50,000 |
| Medical Expense | Excluded |
| Employee Benefits Liability Aggregate | $1,000,000 |
| Employee Benefits Liability Each Wrongful Act | $1,000,000 |

Policy limits do not reinstate annually
IN THIS POLICY ALL SUPPLEMENTAL PAYMENTS, INCLUDING ALL COSTS OF DEFENSE, SHALL REDUCE THE LIMITS OF INSURANCE.

| RETENTION* | |
|---|---|
| Commercial General Liability | $50,000.00 SIR Per Occurrence |
| Policy Aggregate | $2,000,000.00 SIR |
| Products Completed Operations | $100,000.00 SIR Per Occurrence |
| Trailing SIR | $50,000.00 SIR Per Occurrence |
| Employee Benefits Liability | $10,000.00 SIR Per Occurrence |
| *Includes loss adjustment expenses* | |

| PREMIUM | |
|---|---|
| Estimated Policy Premium** | $1,342,630.00 |
| Minimum Policy Premium | $1,352,630.00 |
| Minimum Earned Premium(fully earned at policy inception) | $335,454.00 |
| Terrorism | $10,000.00 |
| **Does not include premium for Terrorism | |
| Amount Due | $1,352,630.00 |

3% CA SL Tax: $40,578.90
0.25% CA SL Stamping Fee: $3,381.58



# POLICY DECLARATIONS
## COMMERCIAL GENERAL LIABILITY (OCCURRENCE)
### POLICY NUMBER: ESL1000260-1101
### NAMED INSURED: California Public Employees Retirement System (CalPERS)

| PREMIUM |
|---|

Audit Period                                                                       ScheduledAudit

**PREMIUM RATES**

| Rate Basis | Exposure | Rate | Estimated Premium |
|---|---|---|---|
| Unit | 1442 | Each | $1,342,630.00 |
| Unit | 1,442 Home Closing units | 970.038 Each | TBD at Audit |
| Unit | 4,335 Lot Closings | 8.000 Each | TBD at Audit |
| Terrorism | $1,442 | Flat | $10,000.00 |
| | | Total | $1,352,630.00 |

**IN CONSIDERATION OF THE PAYMENT OF THE PREMIUMS, AND SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURED WITH THE INSURANCE AS STATED IN THIS POLICY.**

**THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE REFERENCED POLICY.**

**Countersigned:** _____   **By:** _____
                              **(Date)**                                    **(Authorized Representative)**

**In witness whereof, this company has caused this policy to be signed by its President and Secretary but if required by state law, the policy shall not be valid unless countersigned by an authorized representative of the Company.**

_____                    _____
**SECRETARY SIGNATURE**                                   **PRESIDENT SIGNATURE**

## SCHEDULE OF FORMS & ENDORSEMENTS
## Policy # ESL1000260-1101

| Form Number | Title (Description) |
|---|---|
| PFM AS PDP 061010 | POLICY DECLARATIONS |
| PHN AS CA 010109 | CALIFORNIA DISCLOSURE NOTICE |
| PHN AS CHN 061010 | POLICYHOLDER NOTICE - Claims Handling |
| CG 00 01 12 04 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM - OCCURRENCE |
| CG 20 33 07 04 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS- AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU |
| CG 21 44 07 98 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG 21 70 01 08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| ES WP 501 12 10 | AMENDMENT – DAMAGE TO PROPERTY ENDORSEMENT |
| ES WP 502 12 10 | AMENDMENT OF EXCLUSION K. – DAMAGE TO YOUR PRODUCT |
| ES WP 503 12 10 | AMENDMENT OF EXCLUSION L. – DAMAGE TO YOUR WORK |
| ES WP 504 12 10 | ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY EXCEPTION – FOR CONTRACTORS ENROLLED IN THE COVERAGE WRAP-UP PROGRAM |
| ES WP 505 12 10 | EXCLUSION – PROPERTY DAMAGE CAUSED BY YOUR WORK |
| ES WP 506 12 10 | EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS |
| ES WP 507 12 10 | JOINT DEFENSE ENDORSEMENT |
| ES WP 510 12 10 | NAMED INSURED ENDORSEMENT |
| ES WP 511 12 10 | PREMISES EXTENSION ENDORSEMENT AND WARRANTY EXCLUSION |
| ES WP 512 12 10 | PROFESSIONAL LIABILITY EXCLUSION |
| ES WP 516 06 11 | ABSOLUTE KITEC EXCLUSION |
| ES 98 002 12 03 | ABSOLUTE ASBESTOS EXCLUSION |
| ES 98 004 05 04 | EMPLOYMENT PRACTICES EXCLUSION |
| ES 98 005 05 04 | MEDICAL PAYMENTS EXCLUSION |
| ES 98 013 08 05 | ENDORSEMENT - WAIVER OF SUBROGATION |
| ES 98 016 05 04 | HOSTILE FIRE EXTENSION ENDORSEMENT |
| ES 98 017 05 04 | ABSOLUTE LEAD EXCLUSION |
| ES 98 018 05 04 | PUNITIVE DAMAGES EXCLUSION ENDORSEMENT |
| ES 98 020 06 10 | ENDORSEMENT-SERVICE OF SUIT |
| ES 98 023 05 04 | POLLUTION EXCLUSION AMENDATORY ENDORSEMENT |
| ES 98 027 05 04 | EMPLOYEE BENEFITS LIABILITY INSURANCE COVERAGE ENDORSEMENT |
| ES 98 039 01 10 | PREMIUM AND AUDIT CANCELLATION CONDITION AGREEMENT ENDORSEMENT |
| ES 98 095 05 04 | EXTERIOR INSULATION AND FINISH SYSTEM (EIFS) EXCLUSION |
| ES 98 098 05 04 | INFRINGEMENT EXCLUSION |
| ES 98 115 05 04 | MOLD AND MILDEW EXCLUSION |
| ES 98 120 10 04 | ABSOLUTE LIMITS OF LIABILITY ENDORSEMENT |
| ES 98 126 05 04 | WAR OR TERRORISM EXCLUSION |
| ES 98 142 05 04 | ABSOLUTE CARCINOGEN EXCLUSION |
| ES 98 143 05 04 | ABSOLUTE SILICA EXCLUSION |
| ES 98 258 12 07 | TEN YEAR COVERAGE FOR RESIDENTIAL CONSTRUCTION WORK AND RELATED EXCLUSION IF CLOSED ESCROW PRIOR TO POLICY |
| ES 98 260 01 10 | SLIDING SCALE RATE ENDORSEMENT |
| IL 00 17 11 85 | COMMON POLICY CONDITIONS |
| IL 00 21 11 94 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT - BROAD FORM |
| MAN 05 001 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 002 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 003 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 004 03 05 | SPECIAL ENDORSEMENT |

| Form Number | Title (Description) |
|---|---|
| MAN 05 005 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 006 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 007 03 05 | SPECIAL ENDORSEMENT |
| MAN 05 008 03 05 | SPECIAL ENDORSEMENT |



CALIFORNIA POLICY HOLDER NOTICE:

1. THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2. THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.

3. THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.

4. CALIFORNIA MAINTAINS A LIST OF ELIGIBLE SURPLUS LINE INSURERS APPROVED BY THE INSURANCE COMMISSIONER. ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEB SITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: www.insurance.ca.gov.

5. FOR ADDITIONAL INFORMATION ABOUT THE INSURER YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE, AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357.

6. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID

NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.

SF 199222.2 73670 00741 D-2 (Effective January 1, 2009)



American Safety Insurance
Services, Inc.

100 Galleria Parkway S.E.
Suite 700
Atlanta, GA 30339

| Toll Free: | 800.388.3647 |
|---|---|
| Tel: | 770.916.1908 |
| Fax: | 770.955.8339 |

www.amsafety.com

## WHAT TO DO IN CASE OF A CLAIM

American Safety Claims Services, Inc. ("ASCS") is dedicated to providing claims administration for insureds of the American Safety Insurance ("ASI") family of companies.  ASCS is staffed with claims professionals that have an average of over 19 years of experience in the insurance industry.

In the unfortunate event of a claim, you should make a report to your insurance sales professional.

For updates on existing claims, or to report a claim in the event you cannot reach your insurance sales professional, we can be reached at:

Email: Claims@amsafety.com
Phone: 800-388-3647
Fax: 770-955-8339

Thank you for your business!

AMERICAN SAFETY CLAIMS SERVICES, INC.

*In California d/b/a
ASIG Insurance Services
In Michigan d/b/a
ASI Services, Inc.*

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** –Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2003

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © ISO Properties, Inc., 2003

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

   **(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

    © ISO Properties, Inc., 2003     ☐

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web-sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  © ISO Properties, Inc., 2003

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

© ISO Properties, Inc., 2003

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C;**

    **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **A;** and

    **b.** Medical expenses under Coverage **C**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        **(1)** How, when and where the "occurrence" or offense took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

    **b.** If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

    No person or organization has a right under this Coverage Part:

    **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

 © ISO Properties, Inc., 2003 ☐

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 © ISO Properties, Inc., 2003

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 20 33 07 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project

 © ISO Properties, Inc., 2004 □

POLICY NUMBER: ESL1000260-1101                          **COMMERCIAL GENERAL LIABILITY**
                                                        **CG 21 44 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Premises:** | |
| **Project:** | Project 1.Trilogy Vineyards aka Trilogy at the Vineyards located at 1988 Sacred Mountain Lane, Brentwood, CA 94513 (374 Single Family Dwellings); Encanterra, A Trilogy Country Club located at 36460 N. Encanterra Dr., Queen Creek, AZ 85140(812 Single Family Dwellings); Trilogy Mountain House located at APN#25803003, Mountain House, CA (256 Single Family Dwellings); Shea Mountain House Located at 25 E. Main Street, Mountain House, CA (4335 Lot Closings/Land Development) |

 (If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal  and advertising injury" and medical expenses arising out of:

**1.** The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

**2.** The project shown in the Schedule.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 501 12 10**

**AMENDMENT – DAMAGE TO PROPERTY ENDORSEMENT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that Exclusion j – Damage to Property – (2) is deleted in its entirety and replaced by the following:

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises.  This exclusion does not apply if the premises are "your work".

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 502 12 10**

**AMENDMENT OF EXCLUSION K. – DAMAGE TO YOUR PRODUCT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that under SECTION I – COVERAGES: COVERAGE A BODILY INJURY AND PROPERTY DAMAGE: 2, Exclusions, k. Damage to your Product is deleted.

All other terms, conditions and exclusions under the Policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 503 12 10**

**AMENDMENT OF EXCLUSION L. – DAMAGE TO YOUR WORK**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that under SECTION I – COVERAGES: COVERAGE A BODILY INJURY AND PROPERTY DAMAGE: 2, Exclusions, l. Damage To Your Work is deleted.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 504 12 10**

**ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY EXCEPTION –
FOR CONTRACTORS ENROLLED IN THE COVERAGE WRAP-UP PROGRAM**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph 2., Exclusions of SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY and Paragraph 2.,Exclusions of SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

This insurance does not apply to and the Company has no obligation to provide any indemnity or defense for any "bodily injury", "property damage" or "personal and advertising injury" arising, directly or indirectly, out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

However, this exclusion does not apply to "bodily injury" or "property damage" for which any licensed engineer, architect or surveyor may be held liable, provided that:

1. such engineer, architect or surveyor is an enrolled contractor or the employee of an enrolled contactor, as described in the **LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT ENDORSEMENT.**

2. the "bodily injury" or "property damage" is directly related to the project shown in the **LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT ENDORSEMENT.**

3. Subject to paragraph 4. below, Professional Services include:

   a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

   b. Supervisory, inspection, architectural or engineering activities.

4. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 505 12 10**

**EXCLUSION – PROPERTY DAMAGE CAUSED BY YOUR WORK**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the following exclusion is added to SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Par. 2 and COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, Par. 2:

> This insurance does not apply to and we have no obligation to provide any indemnity or defense for any "property damage" caused by "your work" to any part of the project described by the **LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT ENDORSEMENT** during the course of the project's construction.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

 Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 506 12 10**

**EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the following exclusion is added to SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Par. 2 and COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, Par. 2:

This insurance does not apply to and we have no obligation to provide any indemnity or defense for any "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 507 12 10**

**JOINT DEFENSE ENDORSEMENT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following is added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

**Joint Defense**

It is agreed that we may provide liability insurance to other parties than you on a construction project.  In the event that any claim or "suit" is brought against any insured under this policy or any other insured under any other policy issued by us, it is agreed as follows:

a.  Absent an actual conflict of interest between our two insureds, we shall have the right to retain one counsel to defend all such conflict-free insureds in a joint defense;

b.  An actual conflict of interest shall only be deemed to exist when the insured performs work or furnishes materials, parts or equipment in connection with such work on the same specific portion of the construction project on which any other insured of ours has performed work or furnished materials, parts or equipment in connection with such work so that it is necessary due to an existing coverage conflict to apportion responsibility between such insureds for "bodily injury" or "property damage" alleged to have been concurrently, jointly or consecutively caused by such insured.

c.  An actual conflict of interest may be waived by the insureds in writing.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 510 12 10**

**NAMED INSURED ENDORSEMENT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the Named Insured section of the Policy Declarations is amended to read as follows:

1. The Named Insured as indicated on the Policy Declarations.
2. All "enrolled" contractors and subcontractors.

As used in this endorsement, "enrolled" means the authorized participation in the Owner or Contractor Controlled Insurance Program for the project designated in the policy, as confirmed by and commencing at the earlier of the following:

1. The signing of a written contract or agreement by a Named Insured for work that is part of the project designated in this policy, if such contract or agreement stipulates enrollment; or

2. The issuance of a certificate evidencing enrollment by the Sponsor or Organizer of the Project or by someone authorized by the Sponsor or Organizer to issue such certificates.

It is further agreed that this Policy is issued on behalf of the Named Insured as shown on the Policy Declarations who shall be solely responsible for the payment of premiums and self insured retentions applicable under this Policy.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 511 12 10**

**PREMISES EXTENSION ENDORSEMENT AND WARRANTY EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Paragraph 1. Insuring Agreement is amended to include the following:

The "bodily injury" and "property damage" insurance provided to each insured under this Policy is amended to include "bodily injury" or "property damage" arising out of any repair or warranty work performed by any insured under this Policy after substantial completion of the project has occurred.

In so extending the Policy for "bodily injury" and "property damage", this Endorsement is not to be construed as providing any additional scope of coverage, merely an extension of the premises coverage of the policy for post-completion "occurrences".  In no event shall coverage under this Endorsement apply after the expiration of the coverage provided by the Extended Completed Operations Hazard Endorsement as attached to this Policy.

It is agreed that, this Endorsement notwithstanding, this Policy shall not apply to any claims, arbitrations or lawsuits claiming "property damage" or any duty to defend such claims, lawsuits or arbitrations, arising from the alleged or actual breach of any written or implied "warranty" issued by the developer or builder to the initial or subsequent purchaser of any condominium, townhome, common area or house of projects insured under this Policy.  Solely for the purposes of this Endorsement, "warranty" refers to a written or implied agreement issued by the developer/owner/builder in favor of the initial or subsequent purchaser which provides that the owner/developer/builder will make repairs and correct deficiencies to the condominium, townhome, house or common areas for an agreed period of time.  With respect to claims or lawsuits asserting breach of a written or implied "warranty", the costs of such repairs and damages shall be solely the responsibility of the owner/developer/builder and not that of the company.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 512 12 10**

**PROFESSIONAL LIABILITY EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the following exclusion is added to SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Par. 2 and COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, Par. 2:

Except as provided by the endorsement entitled ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY EXCEPTION – FOR CONTRACTORS ENROLLED IN THE COVERAGE WRAP-UP PROGRAM, this insurance does not apply to and we have no obligation to provide any indemnity or defense for any "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any "professional services" by, on behalf of, or for the insured.

It is agreed that SECTION V. DEFINITIONS is amended to include the following definition:
"Professional services" means:
1.  The preparing, approving, recommending or failing to prepare, approve or recommend maps, drawings, opinions, reports, surveys, change orders, designs, specifications, hazard assessment plans, response actions, abatement methods or products, air monitoring plans or insurance requirements;
2.  Supervisory, inspection, training or engineering services; or
3.  Commercial or industrial hygiene, air monitoring, testing, laboratory analysis, public health, legal, accounting, architectural, medical, nursing, data processing, consulting or investment advisory services.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES WP 516 06 11**

**ABSOLUTE KITEC EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of this policy.

A.  The following exclusions are added to SECTION I COVERAGE A and COVERAGE B, Paragraph  2. EXCLUSIONS of the policy.

This insurance does not apply to:

"Bodily injury" , "property damage", or "personal and advertising injury" arising out of the purchasing, manufacture, handling, use, installation, servicing, distribution, sale, existence, abatement, recommendation, failure to warn, or removal of "Kitec", "PlumbBetter", "Kitec Fittings", "Kitec Connections", "Kitec XPA" or "PEX Plumbing".

We have no duty to defend you or to investigate any "occurrence", "offense" or "suit" against you, which arises out of "Kitec", "PlumbBetter", "Kitec Fittings", "Kitec Connections", "Kitec XPA" or "PEX Plumbing" in any form.  If you investigate or defend any such "occurrence", "offense" or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

Any loss, cost or expense arising out of any request, demand or order that any insured or others inspect for, monitor, modify, remove, contain, treat,  or in any way respond to, or assess the effects of "Kitec", "PlumbBetter", "Kitec Fittings", "Kitec Connections",  "Kitec XPA"  or "PEX Plumbing".

However, this exclusion does not apply to "PEX Plumbing"  that is manufactured in the United States of America in accordance with ASTM F876 or F877 standards and that meets ASTM standards specific to "PEX Plumbing" installations.

B.  SECTION V. – DEFINITIONS is amended to add the following additional definitions:
1.  "Kitec" means any aluminum tubing or similar metal tubing enclosed within an interior and an exterior layer of plastic.

2.  "PlumbBetter" means any products or systems containing "Kitec", and marketing under the label of "PlumbBetter", or any substitute or succeeding label.

3.  "Kitec Fittings" means any products manufactured or marketed to be used with "Kitec" or "PlumbBetter".

4.  "Kitec Connections" means any product or system connected to, adjacent to or used in conjunction with "Kitec", "PlumbBetter", "Kitec XPA" or "PEX Plumbing".

5.  "Kitec XPA" means any X-linked Polyethylene Aluminum piping.

6.  "PEX Plumbing" means any plumbing systems or products containing cross-linked Polyethylene tubing.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 002 12 03**

**ABSOLUTE ASBESTOS EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

A.     This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the mining, manufacture, handling, use, distribution, sale, existence, abatement, "enclosure", "encapsulation", removal of, or exposure to "asbestos" or "asbestos" containing products in any form.

We have no duty to defend you or to investigate any "occurrence", offense or "suit" against you which arises out of "asbestos" or "asbestos" containing products in any form.  If you investigate or defend any such "occurrence", offense or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

B.   SECTION V. - DEFINITIONS is amended to add the following additional definitions:

1.   "Asbestos" means naturally occurring hydrated fibrous mineral silicates that possess a unique crystalline structure and are incombustible in air, including chrysotile, amosite, crocidolite, tremolite, anthophyllite, actinolite, and any material which contains "asbestos".

2.   "Encapsulant" means a substance applied directly to the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance, either by creating a membrane over the surface or by penetrating the material or substance and binding its components together.

3.   "Encapsulation" means the coating of the surface of a material or substance with an "encapsulant" to prevent the discharge, dispersal, release or escape of any part of that material or substance.

4.   "Enclosure" means those procedures and operations (excluding "encapsulation") required to construct an airtight, impermeable wall, ceiling or other permanent barrier around the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2003 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 004 05 04**

**EMPLOYMENT PRACTICES EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

This insurance does not apply to ″bodily injury″ or ″personal and advertising injury″ to:

1. Any person arising out of any:
   a. Refusal to employ that person;
   b. Termination of that person's employment;
   c. Refusal or failure to promote that person;
   d. Employment-related practices, policies, acts or omissions, including but not limited to coercion, promotion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or
   e. Labor contract or agreement, or any employee benefit, or benefit plan or program, including, but not limited to, liability under the National Labor Relations Act, the Davis Bacon Act, the Employee Retirement Income Security Act of 1974, the Americans with Disabilities Act, or any workers' compensation or similar federal or state laws.

2. The spouse, child, parent, brother or sister, or personal representative or administrator of that person as a consequence of the employment-related practices described in paragraphs a., b., c., d. or e. above.

This exclusion applies:

   1. Whether the insured may be liable as an employer or in
   2. any other capacity; and to any obligation of the insured to share damages with or repay someone else who must pay damages because of the injury.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 1999 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 005 05 04**

**MEDICAL PAYMENTS EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following changes are incorporated into the policy.

SECTION I, COVERAGE C. - MEDICAL PAYMENTS is deleted in its entirety and any references to it in this policy do not apply and are hereby deleted.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2002 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 013 08 05**

**ENDORSEMENT -- WAIVER OF SUBROGATION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

| | |
|---|---|
| **Name of Person or Organization:** | Project owners or general contractors, if other than a named insured, as well as their directors, officers and employees requiring a waiver of subrogation in a written contract with the Named Insured entered into prior to the loss or occurrence. |
| **Effective Date:** | The later of the effective date of this policy or the date of this policy or the date on which "your work" first started on the applicable project to which this Endorsement applies, but in no event later than the policy expiration date or applicable earlier termination date of this policy. |

In consideration of the payment of premiums, we waive our rights to subrogation (excluding indemnity or contribution), against the person or organization named above in connection with the sole negligence of the Named Insured in the performance of "your work". This Endorsement applies only to ongoing operations performed by the Named Insured for the person or organization named above on or after the effective date of this Endorsement. This Endorsement is subject to the following conditions and exclusions:

Subrogation shall not be waived with respect to any liability arising directly or indirectly out of any of the following actions of persons or organizations named above:

1. "Professional services" on or in connection with the Project;
2. Modifying or changing the Project specifications without the express written consent of the insured; and
3. Any activities beyond the scope of monitoring the progress of the insured on the Project.

This waiver of subrogation shall apply solely to our rights of subrogation and shall not, directly or indirectly apply to a

waiver of any rights of indemnity or contribution.

As used in this Endorsement, the term "professional services" shall mean:

a. The preparing, approving, recommending or failing to prepare, approve or recommend maps, drawings, opinions, reports, surveys, change orders, designs, specifications, hazard assessment plans, response actions, abatement methods or products, air monitoring plans or insurance requirements;
b. Supervisory, inspection, training or engineering services; or
c. Commercial or industrial hygiene, air monitoring, hazardous substance testing, laboratory analysis, public health, legal, accounting, architectural, medical, nursing, data processing, consulting or investment advisory services.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2005 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 016 05 04**

### HOSTILE FIRE EXTENSION ENDORSEMENT

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III - LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following changes are incorporated into the policy.

Under SECTION I, COVERAGE A., Par. 2. Exclusions, the following is hereby added to the end of exclusion f. including any amendatory endorsement thereto:

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to ″bodily injury″ or ″property damage″ caused by heat, smoke or fumes from a hostile fire.  As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 1999 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ES 98 017 05 04**

**ABSOLUTE LEAD EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

A.  This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the mining, manufacture, handling, use, distribution, sale, existence, abatement, "enclosure", "encapsulation", removal of  or exposure to "lead" or "lead" based products in any form.

We have no duty to defend you or to investigate any "occurrence", offense or "suit" against you which arises out of "lead" or "lead" based products in any form.   If you investigate or defend any such "occurrence", offense or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

B.  SECTION V. - DEFINITIONS is amended to add the following additional definitions:

1.    "Encapsulant" means a substance applied directly to the surface of a material or substance to prevent the discharge, dispersal, release or

escape of any part of that material or substance, either by creating a membrane over the surface or by penetrating the material or substance and binding its components together.

2.    "Encapsulation" means the coating of the surface of a material or substance with an "encapsulant" to prevent the discharge, dispersal, release or escape of any part of that material or substance.

3.    "Enclosure" means those procedures and operations (excluding "encapsulation") required to construct an airtight, impermeable wall, ceiling or other permanent barrier around the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance.

4.    "Lead" means the heavy, ductile, soft, solid, naturally occurring metallic element used in paints, pipes, solder, pottery, and batteries, and any substances containing "lead".

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 018 05 04**

**PUNITIVE, SPECIAL AND EXEMPLARY DAMAGES EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III - LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

This insurance does not apply to any punitive, special or exemplary damages.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 020 06 10**

**ENDORSEMENT -- SERVICE OF SUIT CLAUSE**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of this policy.

It is agreed that the service of process in any claim or "suit" on the policy against the Company may be made upon the highest one in authority bearing the title Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the policy is issued.  The one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the policy is issued is hereby authorized and directed to accept service of process on our behalf in any such claim or "suit" arising out of this contract of insurance.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2000 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 023 05 04**

## POLLUTION EXCLUSION AMENDATORY ENDORSEMENT

This Endorsement shall not serve to increase our limits of insurance as described in SECTION III - LIMITS OF INSURANCE.

SECTION I, COVERAGE A., Exclusion f. under Paragraph 2. is deleted in its entirety and the following language is inserted in lieu thereof:

This insurance does not apply to:

f.(1)   "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:
  (a)  At or from premises you own, rent or occupy;
  (b)  At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;
  (c)  Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or
  (d)  At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:
    (i)  if the pollutants are brought on or to the site or location in connection with such operations; or
    (ii)  if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2)   Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 1999 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 027 05 04**

**EMPLOYEE BENEFITS LIABILITY INSURANCE COVERAGE ENDORSEMENT**

***THE COVERAGE AFFORDED UNDER THIS ENDORSEMENT IS WRITTEN ON A CLAIMS-MADE BASIS***

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III - LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following coverage part is incorporated into the policy.

| ADDITIONAL DECLARATIONS |
|---|

| LIMITS OF INSURANCE |
|---|

| | |
|---|---|
| Each Wrongful Act Or Series Of Related Wrongful Acts | $1,000,000 |
| Employee Benefits Liability Aggregate | $1,000,000 |
| *These limits are included within and shall reduce the each occurrence limit and general aggregate limit referred to in SECTION III- LIMITS OF INSURANCE of the policy. | |

| DEDUCTIBLE |
|---|

| | |
|---|---|
| Employee Benefits Liability Insurance | $10,000.00 each wrongful act or series of related wrongful acts |

| PREMIUM |
|---|

| | |
|---|---|
| Estimated Annual Premium | Included |
| Number of Employees | On file with the Company |

**RETROACTIVE DATE:**                                             09/30/2008

**INSURING AGREEMENT**

**EMPLOYEE BENEFITS LIABILITY**

We will pay the "insured" for those sums which the "insured" shall become legally obligated to pay as damages because of any "claim" made against the "insured" due to any "wrongful act" of the "insured", or any other person for whose acts the "insured" is legally liable, committed on or after the Retroactive date stated in this Endorsement, in the "administration" of the "insured's" "employee benefits programs" as defined in the Definitions section of this Endorsement.  This Insurance applies only if a "claim" for damages covered by this Endorsement is first made against the "insured" and reported to us, in writing, during the policy period. We have the right and duty to defend any "suit" against the "insured" seeking damages on account of such negligent act, error or omission, even if any of the allegations of the "suit" are groundless, false or fraudulent, and we may make such investigation and settlement of any "claim" or "suit" we deem expedient.

**DEFINITIONS**

1. "Insured"

   With respect to the insurance afforded by this Endorsement, the unqualified word "insured" includes the Named Insured, provided that:  (a) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is the sole proprietor; and (b) the unqualified word "insured" also includes the following:

   a. If the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only with respect to this liability as such;

Copyright© 2002 American Safety Indemnity Company
www.amsafety.com

b. Any executive officer, director or stockholder of the Named Insured while acting within the scope of his duties as such;

c. Any "employee", provided such "employee" is authorized to act in the "administration" of the Named Insured's "employee benefits programs", but only for acts within the scope of their employment with you.

2. "Employee Benefit Programs"

The term "employee benefits programs" means: (a) group life insurance, group accident or health insurance, profit sharing plans, pension plans, employee stock subscription plans, workers' compensation, unemployment insurance, social benefits, disability benefits; and (b) any other similar employee benefits instituted after the effective date of this Endorsement provided we are notified within thirty (30) days after the institution of such benefits.

3. "Administration"

The unqualified word "administration" wherever used shall mean:

a. Giving counsel to "employees" with respect to the "employee benefits programs";

b. Interpreting the "employee benefits programs";

c. Handling of records in connection with the "employee benefits programs"; and

d. Effecting enrollment, termination or cancellation of any "employee's" participation in a Plan included in the "employee benefits programs".

Provided all are acts which are authorized by the Named Insured.

"Administration" does not mean:

a. The exercise of or failure to exercise any authority or control respecting:
    (1) The management of any "employee benefit program"; or
    (2) The investment or disposition of any "employee benefit program" or its assets; or

b. The rendering of any advice with respect to the investment of any assets of any "Employee Benefits Program".

4. "Wrongful Act"

"Wrongful act" means any actual or alleged negligent act, error or omission in the "administration" of the "employee benefits program".

## EXCLUSIONS

This Endorsement does not apply to:

1. Any dishonest, fraudulent, criminal, civil or malicious act;

2. Libel, slander, discrimination, humiliation, or sexual harassment;

3. "Bodily injury", "property damage" or "personal and advertising injury";

4. Failure of performance of a contract by any insurer;

5. The insured's failure to comply with any law concerning workers' compensation, unemployment insurance, social security, disability or any other benefits or any similar law, including but not limited to the Employee Retirement Income Security Act of 1974 (ERISA), Patient Access to Responsible Care Act (PARCA), the Family Medical Leave Act (FMLA), the Omnibus Budget Reconciliation Act (COBRA), the Health Insurance Portability and Accountability Act of 1996, the Newborn's and Mother's Health Protection Act of 1996, or the Mental Health Parity Act of 1996, and any subsequent amendments;

6. Failure of stock shares of investments (i.e. bonds, money market funds) to perform as represented by the insured; or advice given by an insured to an "employee" to participate or not to participate in a stock subscription or investment plans (i.e., 401(k));

7. Fines, civil penalties, punitive damages or taxes;

8. The insured's failure to procure or maintain adequate bonds or insurance on assets of any "employee benefit program";

9. Any failure to collect any contribution or premium due under any "employee benefit program';

10. Damages other than monetary damages;

11. The insured's direction of or failure to direct medical care to any person;

12. The insured's discretionary or negligent judgment to exclude, add or subtract any benefits under any "employee benefit program";

13. Claims made by a third party other than a beneficiary or legal representative.

## CONDITIONS

**LIMITS OF INSURANCE**

Regardless of the number of:

1. "insured's" under this policy;

2. persons who sustain damage;

3. "claims" made or "suits" brought for such damages; or

4. plans included in your "employee benefit programs".

The limit of liability stated in the Additional Declarations of this Endorsement as applicable to each "wrongful act" or series of related "wrongful acts" is the limit of our liability for all "claims" made on account of any "wrongful act" or series of related wrongful acts" covered by this policy. The limit of liability stated in the Additional Declarations as Employee Benefits Liability Aggregate is, subject to the above provision, the total limit of our liability for all "claims" covered during the period this Endorsement is in force.

Copyright© 2002 American Safety Indemnity Company
www.amsafety.com

The limits of liability referred to herein are included within and will reduce the Each Occurrence Limit and General Aggregate Limit referred to in SECTION III LIMITS OF INSURANCE of the policy.

**PREMIUM**

The premium stated in the Additional Declarations is an estimated premium only.  Upon termination of each annual period of this Endorsement, the "insured", on request, will furnish us a statement of the total number of "employees" at the end of the period.  The earned premium shall be computed on the average of the number of "employees" at the end of the coverage period and that stated in the Additional Declarations.  If the earned premium thus computed exceeds the estimated premium paid, the "insured" shall pay the excess to us; if less, we shall return to the "insured" the unearned portion paid by such "insured".

**DEDUCTIBLE**

The deductible amount indicated in the Additional Declarations shall be subtracted from the total amount of all sums which we are obligated to pay or incur on behalf of the "insured" on account of each "wrongful act" or series of related "wrongful acts" as stated in the Additional Declarations.  The terms of this Endorsement including those with respect to notice of "claim" or "suit" and our right to investigate and negotiate any such "claim" or "suit", apply irrespective of the application of the deductible amount.

**OPTIONAL EXTENDED REPORTING PERIOD COVERAGE ENDORSEMENT**

The coverage under the Employee Benefits Liability Endorsement may end because one of us chooses to cancel it or non renew it.  If this is not the result of non-payment of the premium you have the right to buy an Extended Reporting Period Coverage Endorsement.  It extends the time to report covered "claims".  The "claim" must first be made against an "insured" and reported to us within 1 year after the Employee Benefits Liability Endorsement ends and while the Extended Reporting Period Coverage Endorsement is in effect.  To obtain this Extended Reporting Period Coverage Endorsement, you must request it in writing and pay the additional premium within 30 days after this agreement ends.  If we do not receive written notice and payment within this period, you may not exercise this right at a later date.  We will sell you the endorsement for an additional premium.  Once you pay the premium we cannot cancel the endorsement.  We will determine the additional premium taking into account the following:

1.  The exposures insured;
2.  Previous type and amounts of insurance;
3.  Limits of Liability available under this Policy for future payment of damages; and
4.  Other related factors.

The Optional Extended Reporting Period Coverage Endorsement does not reinstate or increase the Limits of Liability applicable to any "claim" to which the Employee Benefits Liability Endorsement applies.

**CONFORMITY OF STATUTE**

Terms of this Endorsement which are in conflict with the statute of the state wherein this Endorsement is issued are hereby amended to conform to such statutes.

**OTHER TERMS OF POLICY**

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2002 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 039 01 10**

**PREMIUM AUDIT AND CANCELLATION CONDITION AMENDMENT ENDORSEMENT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of this policy.

It is agreed that the following changes are incorporated into the policy.

COMMERCIAL GENERAL LIABILITY COVERAGE FORM, Section IV Commercial General Liability Conditions, Paragraph 5 Premium Audit, Subparagraph b is replaced by the following:

Solely as respects policies that are subject to audit, at the close of each audit period, we will compute the earned premium for that period.  Non compliance or non cooperation by the Named Insured in response to requests for audit information may result in the cancellation of the current policy.

The Minimum Policy Premium for the full policy term applicable to this policy is designated on the Policy Declarations. If the earned premium calculated as a result of the audit is less than the Minimum Policy Premium, the Minimum Policy Premium will apply, with no return premium payable to you.  If the earned premium calculated as a result of the audit is greater than the Minimum Policy Premium, but less than the Estimated Policy Premium then the difference between the Estimated Policy Premium and the earned premium calculated as a result of the audit, will be returned to you.  If the earned premium calculated as a result of the audit is greater than the Estimated Policy Premium, then the difference between the earned premium, calculated as a result of the audit, and the Policy Premium will be due from you. Audit premiums are due and payable on notice to the first Named Insured.  If the audit premium is not paid when due, the current policy may be canceled.

COMMON POLICY CONDITIONS, Paragraph A. Cancellation, Subparagraph 5 is replaced by the following:

If this policy is canceled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro-rata.  If the first Named Insured cancels, the refund will reflect the balance, if any, after applying the greater of the Minimum Earned Premium, designated on the Policy Declarations, a Short Rate charge or the earned premium as determined by audit. The cancellation will be effective even if we have not made or offered a refund.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2010 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 095 05 04**

**EXTERIOR INSULATION AND FINISH SYSTEM (EIFS) EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy. This insurance does not apply to:

Bodily injury, property damage or personal and advertising injury arising out of or caused by the actual or alleged:

1. Design, construction, fabrication, preparation, installation, application, maintenance, or service of an "exterior insulation and finish system" (commonly referred to as synthetic stucco) or any part thereof.

2. Any work or operations with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system" is used on that particular part of that structure.

For the purposes of this endorsement, an "exterior insulation and finish system" means an exterior cladding or finish system used on any part of any structure, and consisting of:

a. a rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

b. the adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

c. a reinforced base coat; and

d. a finish coat providing surface texture and color.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

 Copyright© 2001 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 098 05 04**

**INFRINGEMENT EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to the Exclusions of SECTION I, COVERAGE A.  BODILY INJURY AND PROPERTY DAMAGE LIABILITY and SECTION 1, COVERAGE B.  PERSONAL AND ADVERTISING INJURY LIABILITY:

This policy does not apply to any claim based upon or arising out of , directly or indirectly, or in any way relating to, any actual or alleged infringement of any copyright, patent, trademark, tradename or intellectual property right.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged

---

Copyright© 2002 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 115 05 04**

**MOLD AND MILDEW EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

A.   This insurance does not apply to any of the following:

1.   "Bodily injury", "property damage" or "personal and advertising injury" arising out of, relating to or resulting from the actual or alleged existence, ingestion, inhalation, abatement, testing, monitoring, remediation, "enclosure", decontamination, repair or removal of "mold, mildew or fungus" in any form.

2.   Any loss, cost, expense or damages, whether actual or alleged, arising out of, relating to, or resulting from "mold, mildew or fungus" that arises from any cause whatsoever, whether caused by any act or omission of any insured or any third party, whether caused by chronic water intrusion into the building envelope, whether caused by the presence of water on or in any substance or substrate, whether caused by construction defects, whether caused by action or inaction of any insured or any third party, whether caused by any act of God, or whether caused by any combination of factors.

3.   "Bodily injury", "property damage" or "personal and advertising injury" or repair, replacement, remediation, decontamination or removal of any material or building structure or member arising out of the existence, ingestion, inhalation, abatement, testing, monitoring, "enclosure", "microbiological decontamination", remediation, repair or removal of any contamination that causes any alleged chemical sensitivity.

We have no duty to defend any insured, investigate any "occurrence", offense or "suit" against any insured, settle any claim on behalf of any insured, or indemnity any insured with regard to any "occurrence", offense or "suit" that arises out of any contamination, "bodily injury", "property damage" or "personal and advertising injury" caused by or arising out of the existence of "mold, mildew or fungus" in any form whether the "mold, mildew or fungus" is the sole cause, concurrent cause, partial cause, or contributing cause of any damage or injury claimed.

If you investigate or defend any such "occurrence", offense or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

B.   SECTION V - DEFINITIONS is amended to add the following additional definition:

1.   "Enclosure" means those procedures and operations required to construct an airtight, impermeable wall, ceiling or other permanent barrier around surfaces contaminated by a material or substance in order to prevent the discharge, dispersal, release or escape of any part of that material substance.

2.   "Microbiological decontamination" means those activities, procedures or operations required to clean up, detoxify, dilute, remove or abate microorganisms, fungi, bacteria, allergens and other similar matter.

3.   "Mold, Mildew or Fungus" means any plant-like group that does not produce chlorophyll and derives food either by decomposing organic matter from dead plants and animals or by parasitic attachment to living organisms or any substance specifically or commonly referred to as mold, mildew or fungus.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

 Copyright© 2001 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 120 10 04**

**ABSOLUTE LIMITS OF LIABILITY ENDORSEMENT**

**THIS ENDORSEMENT MODIFIES THE POLICY SO THAT ALL SUPPLEMENTARY PAYMENTS <u>WILL REDUCE</u> THE LIMITS OF INSURANCE**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

In consideration of the payment of premium, it is hereby agreed that the following changes are incorporated into the policy

It is hereby agreed that:

**A.** Under **COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B - PROPERTY AND ADVERTISING INJURY LIABILITY OF SECTION I - COVERAGES** the following amendment shall apply:

Item 1.a. (2) is deleted in its entirety and replaced by the following

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments, settlements or Supplementary Payments.

**B.** Under **COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE B- PERSONAL AND ADVERTISING INJURY LIABILITY** of **SECTION I - COVERAGES** the following amendment shall apply:

The last paragraph under paragraph a. of item **1. Insuring Agreement** is deleted in its entirety and replaced with the following:

No other obligation or liability to pay sums or Supplementary payments or perform acts or services is covered.

**C.** Under **SUPPLEMENTARY PAYMENTS COVERAGES A and B:**

Item **1**. is deleted in its entirety and replaced by the following:

**1**. All expenses we incur including, but not limited to, the expenses of defending any "suit."

**D.** Under **SUPPLEMENTARY PAYMENTS COVERAGES A** and **B**:

The following sentence is deleted in its entirety:

These payments will not reduce the limits of insurance

And is replaced with the following:

These payments **will reduce** the limits of insurance.

**E.** Under **SECTION III - LIMITS OF INSURANCE**:

Item **1**. is amended to include the following item **d.**:

**d**. all Supplementary Payments

**F.** Under **SECTION III - LIMITS OF INSURANCE**:

Items **2**.,**3**., **4**. and **5** are deleted in their entirety and replaced by the following:

**2**. The General Aggregate Limit is the most we will pay for the sum of:

**a**. Damages under **COVERAGE A** including all Supplementary Payments, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**b**. Damages under **COVERAGE B** including all Supplementary Payments,

**3**. The Products-Completed Operations Aggregate limit is the most we will pay under **COVERAGE A** for damages, including all Supplementary Payments, because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

**4**. Subject to **2**. above, the Personal and Advertising Injury Limit is the most we will pay under **COVERAGE B** for the sum of all

Copyright© 2004 American Safety Indemnity Company
www.amsafety.com

damages, including all Supplementary Payments, because of all "personal and advertising injury" sustained by any one person or organization.

**5**. Subject to **2**. or **3**. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of"

**a**. Damages under **COVERAGE A**, including all Supplementary Payments because of all "bodily injury" and property damage" arising out of any one "occurrence".

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2004 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 126 05 04**

## WAR OR TERRORISM EXCLUSION

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

This Endorsement modifies insurance provided under the following:

## Commercial General Liability Coverage Part

**A**.      Exclusion **i.** under Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2.      Exclusions**

This insurance does not apply to:

**i.      War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)**      War, including undeclared or civil war; or
**(2)**      Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
**(3)**      Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or
**(4)**      "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**B**.      The following exclusion is added to Paragraph **2., Exclusions of Section I**, **Coverage B – Personal And Advertising Injury Liability:**

**2.      Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:
**(1)**      War, including undeclared or civil war; or
**(2)**      Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
**(3)**      Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or
**(4)**      "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism"

regardless of any other cause or event that contributes concurrently or in any sequence to the injury.

**C**.      Exclusion **h.** under Paragraph **2., Exclusions of Section I – Coverage C – Medical** Payments does not apply.

**D**.      The following definition is added to the Definitions Section:

American Safety Indemnity Company
Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, ISO Properties, Inc., 2001

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

    c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

    **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

American Safety Indemnity Company
Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, ISO Properties, Inc., 2001



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 142 05 04**

**ABSOLUTE CARCINOGEN EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III - LIMITS OF INSURANCE.

In consideration of the payment of premiums, it is hereby agreed that the following changes are incorporated into the policy.

It is understood and agreed that this policy shall not apply to any claim, "suit", "bodily injury, "property damage" or "personal and advertising injury" arising from, resulting from, caused by or in any way related to or based upon any actual, alleged or threatened exposure to "Carcinogens".

"Carcinogens" shall mean any substance or agent producing or inciting cancer.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2003 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 143 05 04**

**ABSOLUTE SILICA EXCLUSION**

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

The following exclusion is added to SECTION I, COVERAGE A. and COVERAGE B., Par. 2. of the policy.

A.  This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the mining, manufacture, handling, use, distribution, sale, existence, abatement, "enclosure", "encapsulation", removal of or exposure to  silica or silica based products in any form.

We have no duty to defend you or to investigate any "occurrence", offense or "suit" against you which arises out of silica or silica based products in any form.  If you investigate or defend any such "occurrence", offense or "suit", we have no duty to pay the expenses of the investigation or defense, nor do we have any duty to reimburse you.

B.  SECTION V. - DEFINITIONS is amended to add the following additional definitions:

1.  "Encapsulant" means a substance applied directly to the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance, either by creating a membrane over the surface or by penetrating the material or substance and binding its components together.

2.  "Encapsulation" means the coating of the surface of a material or substance with an "encapsulant" to prevent the discharge, dispersal, release or escape of any part of that material or substance.

3.  "Enclosure" means those procedures and operations (excluding "encapsulation") required to construct an airtight, impermeable wall, ceiling or other permanent barrier around the surface of a material or substance to prevent the discharge, dispersal, release or escape of any part of that material or substance.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged

Copyright© 2003 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 258 12 07**

## TEN YEAR COVERAGE FOR RESIDENTIAL CONSTRUCTION WORK
## AND RELATED EXCLUSION IF CLOSED ESCROW PRIOR TO THE POLICY

This Endorsement shall not serve to increase our limits of insurance, as described in SECTION III – LIMITS OF INSURANCE.

It is hereby agreed that SECTION I, COVERAGE A, Par. 1., subparagraph b.(2) shall be amended and subparagraph (3) added as follows:

b. This insurance applies to "bodily injury" and "property damage" if:
> **(2)** The "bodily injury" or "property damage" occurs during the policy period, or
> **(3)** The "property damage" arising from your "residential" construction work occurred within ten (10) years from the first close of escrow for such home, unit or common area, but only if such home, unit or common area which forms the basis of the "suit," first closed escrow with the original third party owner during the policy period identified on the Declaration page.
>
> Where more than one home, unit or common area are the subject of a "suit" seeking "property damage", this coverage applies only to those homes, units or common area improvements to which title first transferred from you to the original third party owner or common area association during the policy period.

This amendment is not intended to extend the policy period or the limits of insurance in any way or nullify any "property damage" exclusion.  This coverage is not intended to apply to any non-residential project or portion thereof.

"Residential" used herein means construction of a single family home, town home, or condominium.

It is also agreed that the following shall be added to SECTION I, COVERAGE A, Par. 2. Exclusions, as subparagraph p. and q.:

**2.  EXCLUSIONS.**

> **This insurance does not apply to**:
>
> **p.** "**Your Work" Sold Before The Policy**
>
> "Property damage" or bodily injury" arising out of "your work" if the home, unit, building, structure, or common area which forms the basis of the "suit" first closed escrow or title was transferred prior to the inception date of this policy.
>
> **q.  Any "Suit" Filed 10 Years After Close of escrow**
>
> Any "suit" seeking "bodily injury" or "property damage" arising out of "your work" if the "suit" is not first filed within 10 years of the first close of escrow for the dwelling, unit, building or structure, or common area at issue in the "suit."

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ES 98 260 01 10**

**SLIDING SCALE RATE ENDORSEMENT**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of this policy.

It is agreed that the following provision is added to the policy.

The rates displayed in the Policy Declarations are amended as follows:

| Total Gross Revenue(s) - All Classifications | Rate(s) |
|---|---|
| Unit 1,442 Home Closing units | 970.038 Each |
| Unit 4,335 Lot Closings | 8 Each |

The audit provisions of the policy are not modified by this Endorsement.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

  **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

  **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

**1.** Make inspections and surveys at any time;

**2.** Give you reports on the conditions we find; and

**3.** Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**1.** Are safe or healthful; or

**2.** Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1982, 1983

IL 00 21 11 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
  TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

Copyright, Insurance Services Office, Inc.,  1994

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 001 03 05**

**SPECIAL ENDORSEMENT ( Self Insured Retention - Wrap )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

This Endorsement shall be added to and apply to all SECTIONS and Coverage Parts of the policy.

SCHEDULE

Amount and Basis of Self-Insured Rention

Products-Completed Operations Self-Insured Retention (SIR): $100,000 per occurrence with a $2,000000 Aggregate and a $50,000 per occurrence trailing SIR.

All other Self Insured Retention (SIR): $50,000 per occurrence.

Application of Endorsement: (Enter below any limitations on the application of this endorsement. If no limitation is entered, the self-insured retention applies to all damages, however caused):

LIMITATIONS: None

1. The total limit of liability of the Company, as stated in the policy declarations, shall apply excess of the self-insured retention(s) stated above. The limits of insurance applicable to such coverages will not be reduced by the amount of such self-insured retention. Bankruptcy, insolvency, or inability to pay the self-insured retention by any insured shall not increase our obligation under the policy.

2. The self-insured retention shall be paid by the named insured on the Declaration page. The Self-Insured Retention shall not be satisfied by any insurance coverage whatsoever. The named insured has the right to pursue collection and/or contribution of payment of the Self Insured Retention from other insureds. If the named insured on the Declaration page is unable to pay the Self-Insured Retention, then we can request payment from another Insured.

3. As a condition precedent, the insured, at our request, shall pay over and deposit with us the self insured retention amount as specified, to be applied by us as payment toward any damages, "defense costs," or expenses incurred by us in the handling or settlement of any such incident, claim, offense, "occurrence" or "suit". If we make such a request, we shall have the right to negotiate a reasonable settlement which is more than, equal to, or less than the self-insured retention amount (and will return the balance to you, if any, of any unused self-insured retention). Payment of the Self Insured Retention is due immediately upon receipt of our request.

4. In addition to your duties under Section IV – Commercial General Liability Conditions 2. "Duties In The Event Of Occurrence, Offense, Claim or Suit".:
a. The insured will report immediately to our authorized representative each claim or loss.
b. The insured will cooperate with us and/or our authorized representative acting on our behalf, and upon request from either assist in attempting to do any of the following:
(1) settle any claim;
(2) Conduct lawsuits; or
(3) Enforce any right of contribution or indemnity against any person or organization who may be liable to the insured(s).
c. The Insured will at the request of our authorized representative and/or ourselves:
(1) Attend any hearings and/or trials and assist in securing and giving evidence as well as obtaining witnesses;
(2) Provide information relating to any claim and assistance as required; and
(3) Assist in the defense of any claim.
d. You must cooperate with us in the investigation, settlement or defense of the claim or "suit" as to which we have a

right or duty to defend; and assist us in the enforcement of any right against any person or organization which may be liable to the insured(s).

5. In the event of a "suit," we shall have the right to select defense counsel, even if the amount claimed in the suit is unspecified or less than the self-insured retention amount shown in the Schedule of this endorsement per claim or per occurrence. If an insured selects its own counsel, then such fees will not apply towards the self-insured retention amount unless the counsel and rates are approved by us. The self-insured retention amounts stated in the Schedule apply separately for each policy involved in a "suit." All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged. In the event of a conflict with any other provision in the policy, this endorsement controls the application of the self-insured retention.

6. For purpose of this endorsement:
a. "Defense costs" means the reasonable expenses directly incurred by an insured in the defense of a tendered "suit" and shall include only reasonable and necessary court costs and expenses, reasonable attorney and paralegal fees commensurate with panel counsel rates in the area; reasonable expenses for experts, depositions, alternative dispute resolution, or costs reasonably chargeable to discovery, defense or settlement of a "suit" under the policy.
b. Per Occurrence or Per Offense Basis - if the self-insured retention is on a "per occurrence" or "per offense" basis, the self-insured retention amount applies "per occurrence/accident" or offense causing "bodily injury", "property damage" or "personal and advertising injury" during the policy period.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 002 03 05**

**SPECIAL ENDORSEMENT ( Subcontractors Endorsement )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

The Insured shall endeavor to require all subcontractors to maintain Commercial General Liability insurance coverage, (underwritten by an insurance company with at least an "A" rating from the A.M. Best Company), with minimum limits of $1,000,000 per occurrence, $2,000,000 General Aggregate, $1,000,000 Products-Completed Operations Aggregate. The Insured shall also endeavor to be an Additional Insured on the subcontractor's policy for damages because of "bodily injury", "property damage," "personal injury," or "advertising injury" arising out of or caused by the work, activities, or operations of the subcontractor, including the Insured's supervision, review, or inspection of the subcontractor. Furthermore, the Insured shall obtain all necessary documentation to ensure that such coverage has been obtained by all subcontractors. If a subcontractor has not obtained the insurance set forth above, the Insured will be surcharged by the Company for additional premium for the coverage relating to the subcontractor's work, activities, or operations. The rate set forth on the Declarations will apply to the uninsured or underinsured work, activities, or operations. A $100,000 Self Insured Retention or Deductible will apply to claims relating to uninsured or under insured subcontractor's work, activities, or operations.

Commercial General Liability coverage maintained by subcontractors shall be primary and this policy shall be excess of the Limits of Liability of such insurance, notwithstanding the language of the Other Insurance provisions in the subcontractor's policy.

This endorsement applies only to those subcontractors who are not a signed participant member of the Wrap-Up Policy.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 003 03 05**

**SPECIAL ENDORSEMENT ( Cross Claims or Suits Exclusion )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

This Endorsement Modifies Insurance Provided Under the Following:

Commercial General Liability Coverage Part

Except for claims or lawsuits arising from"bodily injury" as defined and otherwise limited in this policy, this policy does not provide any coverage or defense obligation for any other damages from claims or lawsuits (including "property damage", "personal injury" or "advertising injury" as defined in this policy) filed by or asserted by any named insured covered under this policy against any other named insured covered under this policy.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2005 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**MAN 05 004 03 05**

**SPECIAL ENDORSEMENT ( Minimum Earned Premium Endorsement )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

Minimum Earned Premium: Per Premium Section of the Policy Declarations.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENEARL LIABILITY COVERAGE FORM

The following is added to the CANCELLATION Common Policy Condition:

If the first Named Insured or we cancel the coverage to which this Endorsement applies, the premium we retain will not be less than the amount shown abvoe for the Minimum Earned Premium, however, if the policy term exceeds twenty-four months (24) and the Policy has been in effect for twenty-four months (24) we will retain one hundred percent (100%) of the Minimum Policy Premium showin in the Policy Declarations.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 005 03 05**

**SPECIAL ENDORSEMENT ( Chinese Drywall Exclusion )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

It is understood and agreed that this policy shall not apply to any claim, "Suit:, "Bodily Injury", "property damage" or "personal and advertising injury" arising from, resulting from, caused by or in any way related to or based upon any actual, alleged or threatened exposure to Chinese Drywall.

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2005 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 006 03 05**

**SPECIAL ENDORSEMENT ( Amendment to J1 )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

---

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILTIY COVERAGE FORM
Solely with respect to the Club House, Golf Course, and Pool located at 36460 N. Encanterra Dr., Queen Creek, AZ 85140
It is agreed that under SECTION I- COVERAGES: COVERAGE A BODILY INJURY AND PROPERTY DAMAGE: Exclusion j – Damage to Property – (1) is deleted in its entirety.

---

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

Copyright© 2005 American Safety Indemnity Company
www.amsafety.com



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 007 03 05**

**SPECIAL ENDORSEMENT ( Amendment to the Cross Claim or Suits Exclusion )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

Solely with respect to the Club House, Golf Course, and Pool located at 36460 N. Encanterra Dr., Queen Creek, AZ 85140; it is agreed that the Cross Claims or Suits Exclusion does not apply to California Public Employees Retirement System (CalPERS).

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MAN 05 008 03 05**

**SPECIAL ENDORSEMENT ( Additional Named Insured Endorsement )**

This Endorsement shall not serve to increase our limits of insurance, as described in the LIMITS OF INSURANCE section of the policy.

It is agreed that the following changes are incorporated into the policy:

---

This endorsement modifies insurance provided under Section II.

The following are to be considered Named Insureds:

NAME(S):

CalPERS

Shea Capital I, LLC. a Delaware Limited Liability Company
1. Members of Shea Cap I:
a. CalPERS
b. CalPERS Housing Holding Company, a California Corporation
2. Subsidiaries of Shea Cap I:
a. Trilogy Vineyards, LLC, a California Limited Liability Company
b. Trilogy Encanterra Construction, LLC, a Delaware Limited Liability Company
c. Trilogy Encanterra marketing, LLC, a Delaware Limited Liability Company
d. Trilogy Avalea Construction, LLC, a Delaware Limited Liability Company
e. Trilogy Avalea Marketing, LLC, a Delaware Limited Liability Company
f. Trilogy Mountain House, LLC, a Delaware Limited Liability Company
g. The Club at Encanterra, LLC, an Arizona Limited Liability Company owned by c. above this entity will own the golf course and club assets at Encanterra.

Shea Mountain House, LLC, a Delaware Limited Liability Company
1. Members of Shea Mountain House:
a. CalPERS
b. CalPERS Housing Holding Company, a California Corporation.

---

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

American Safety Indemnity Company
100 Galleria Parkway S.E., Suite 700 Atlanta, GA 30339
t. 800.388.3647 p. 770.916.1908 f. 770.955.8339
Solutions for Specialty Risks.



## POLICY CHANGES ENDORSEMENT  001
Policy Number:  ESL1000260-1101
Effective Date: 09/30/2011
Issue Date: 02/10/12

*Named Insured & Mailing Address:*
**California Public Employees Retirement System (CalPERS)**
Lincoln Plaza East, 400 Q Street, Room E4800
Sacramento, CA 95814

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Policy Changes:**

It is hereby agreed that for $0.00 additional premium (auditable) that the following changes have been made a part of this policy:

The Premium Rates section of the Policy Declarations page is amended to read as follows:

**Rating Basis is Gross Receipts in lieu of Units**

Exposure: $622,451,859, Rate: $1.80/1000, Estimated Premium: TBD at Audit

Exposure: $222,731,933 - Lot Closings, Rate: $1.00/1000, Estimated Premium: TBD at Audit

Premium Total remains unchanged at $1,352,630.00

All other terms, conditions and exclusions under the policy are applicable to this Endorsement and remain unchanged.

ESL1000260-1101

American Safety Indemnity Company
100 Galleria Parkway S.E., Suite 700 Atlanta, GA 30339
t. 800.388.3647   p. 770.916.1908   f. 770.955.8339
Solutions for Specialty Risks.





**AUTHORIZED REPRESENTATIVE**