MORGAN, LEWIS & BOCKIUS LLP
Charles J. Malaret, Bar No. 144001
charles.malaret@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Jeffrey S. Raskin, Bar No. 169096
jeffrey.raskin@morganlewis.com
Mastoureh Jafarzadeh Sarhangabadi, Bar No. 337014
mastoureh.jafarzadeh-sarhangabadi@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Plaintiff
*LMC VINEYARDS, LLC*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LMC VINEYARDS, LLC,<br><br>               Plaintiff,<br><br>       vs.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>               Defendant. | Case No. 3:24-cv-03357-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PARTIES' JOINT ADMINISTRATIVE MOTION FOR COURT TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

This Stipulation is entered into pursuant to Civil Local Rules 7-11(a) and 7-12, by and between Plaintiff LMC Vineyards, LLC and Defendant Allied World National Assurance Company (collectively, the "Parties"), by and through the respective undersigned counsel.

The Parties stipulate that the instant action, *LMC Vineyards, LLC v. Allied World National Assurance Company*, Case Number 3:24-cv-03357-TLT, is not "related" to the prior action styled *Trilogy Vineyards, LLC v. Allied World National Assurance Company,* Case Number 4:18-cv-01189-DMR, under Civil Local Rules 3-3 and 3-12 because they do not meet the requirements of Civil Local Rule 3-12(a)(2).

Dated: July 25, 2024               MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Charles J. Malaret*
Charles J. Malaret
Jeffrey S. Raskin
Mastoureh Jafarzadeh Sarhangabadi

Attorneys for Plaintiff
*LMC VINEYARDS, LLC*

Dated: July 25, 2024               KENNEDYS CMK LLP

By: */s/ Teri Mae Rutledge*
Michael W. Melendez
Teri Mae Rutledge

Attorneys for Defendant *ALLIED WORLD NATIONAL ASSURANCE COMPANY*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND [PROPOSED] ORDER RE: PARTIES' JOINT ADMINISTRATIVE MOTION FOR COURT TO CONSIDER WHETHER CASES SHOULD BE RELATED (3:24-CV-03357-TLT)

# **O R D E R**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that *LMC Vineyards, LLC v. Allied World National Assurance Company*, Case Number 3:24-cv-03357-TLT, is not "related" to the prior action styled *Trilogy Vineyards, LLC v. Allied World National Assurance Company,* Case Number 4:18-cv-01189-DMR, under Civil Local Rules 3-3 and 3-12.

Dated: August 15, 2024

_____
THE HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

2

STIPULATION AND [PROPOSED] ORDER RE: PARTIES' JOINT ADMINISTRATIVE MOTION FOR COURT TO CONSIDER WHETHER CASES SHOULD BE RELATED (3:24-CV-03357-TLT)